CORNELIUS SMITH, APPELLANT, v. BOARD OF FIRE COMMISSIONERS OF THE CITY OF NEWARK, RESPONDENT.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *Frank E. Bradner.*

For the respondents, *Harry Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court, *eo nomine Durkin* v. *Fire Commissioners of Newark,* 89 *N. J. L.* 468.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, BERGEN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.